# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-30633

---

Kent Anderson; Steven Dominick; Anthony Gioustavia; Jimmie Jenkins; Greg Journee; Richard Lanford; Leonard Lewis; Euell Sylvester; Lashawn Jones,

*Plaintiffs—Appellees*,

United States of America,

*Intervenor Plaintiff—Appellee*,

Susan Hutson, *Sheriff, Orleans Parish, Successor to Marlin N. Gusman*,

*Defendant/Third Party Plaintiff—Appellant*,

versus

City of New Orleans,

*Third Party Defendant—Appellee.*

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:12-CV-859

---

UNPUBLISHED ORDER

Before SMITH, SOUTHWICK, and WILSON, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that Appellant's opposed motion to stay jail construction orders pending appeal is DENIED without prejudice. *See* FED. R. APP. P. 8(a). The administrative stay previously entered by the court is hereby dissolved.