# United States Court of Appeals for the Fifth Circuit

---

No. 23-30633

---

United States of America,

*Intervenor Plaintiff—Appellee,*

Kent Anderson,

*Plaintiff—Appellee,*

Susan Hutson, *Sheriff, Orleans Parish, Successor to Marlin N. Gusman,*

*Defendant/Third Party Plaintiff—Appellant,*

Steven Dominick; Anthony Gioustavia; Jimmie Jenkins; Greg Journee; Richard Lanford; Leonard Lewis; Euell Sylvester; Lashawn Jones,

*Plaintiffs—Appellees,*

*versus*

City of New Orleans,

*Third Party Defendant—Appellee.*

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:12-CV-859

---

No. 23-30633

## UNPUBLISHED ORDER

Before SMITH, SOUTHWICK, and WILSON, *Circuit Judges*.

PER CURIAM:

    IT IS ORDERED that Appellant's opposed renewed motion to stay jail construction orders pending appeal is DENIED.